# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.                                   Case No.: 17-4081

DAMAIN E. BELL

Defendant-Appellant.

_____

On Appeal from the United States District Court for the Eastern District of Virginia,
3:16CR68-02
Honorable Robert E. Payne

_____

## APPELLANT'S MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Mary Katherine Zekert, Esquire counsel for Defendant Damain E. Bell, pursuant to Rule 27 of the Federal Rules of Appellate procedure and respectfully requests to withdrawal as counsel of record for the Defendant for good cause and in support whereof states the following:

1. That counsel was recently married and has since moved to Greenville, South Carolina;

2. That counsel will remain working at Bowen Ten Cardani, PC remotely until May 31, 2017 which will not allow sufficient time to conclude Mr. Bell's representation;

3. That counsel has not been able to successfully contact her client via online CorrLinks or telephonically;

4. That as of the date of filing no briefing order has been issued.

WHEREFORE, for the reasons set forth herein and for good cause shown, counsel for the Appellant respectfully moves this Court to allow for her withdraw and that this Court appoint a CJA attorney to continue Mr. Bell's representation.

Respectfully Submitted,

BY: ___s/ Mary Katherine Zekert____
Counsel

Mary Katherine Zekert, Esquire (VSB# 86946)
Bowen, Ten, Cardani, P.C.
3957 Westerre Parkway, Suite 105
Richmond, Virginia  23233
(804) 404-6871 Telephone
(804) 755-7550 Facsimile
mzekert@btclawva.com
Counsel for Defendant-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system. The forgoing will be served by the appellate CM/ECF system:

Peter S. Duffy, Esquire
Assistant United States Attorney
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia
Office: (804) 819-5400
Facsimile: (804)771-2316
Email: peter.duffey@usdoj.gov

The forgoing will be mailed to:

Defendant:
DAMAIN E BELL
#89978-083
FCI Manchester
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY  40962